| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 6:92CR00060-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 00-8010-T/P-HURLEY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DANA ELLIS TUOMI 415 OLD JUPITER BEACH ROAD JUPITER, FLORIDA 33458 | DISTRICT EASTERN DISTRICT OF TEXAS | DIVISION TYLER DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE THE HONORABLE ROBERT M. PARKER | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/02/1999 — TO 02/01/2002 |

| OFFENSE |
|---|
| UNLAWFUL POSSESSION OF A FIREARM BY A FELON, 18 U.S.C. § 922(g)(1) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TEXAS**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12/17/99_                                                _William M. Steger_
Date                                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_January 13, 2000_                                         _Daniel T. K. Hurley_
Effective Date                                             United States District Judge  DANIEL T. K. HURLEY

**United States Government**
MEMORANDUM

**DATE:**   January 21, 2000

**FROM:**   Ronald N. Manganiello
U.S. Probation Officer
West Palm Beach, FL
(561) 804-6883



**SUBJECT:**   **TUOMI, Dana Ellis**
**Docket No.: 6:92CR00060-001**
**SD/FL Pacts No.: 32250**

**TO:**   Ken Zuniga
Clerk's Office, Magistrate Section
U.S. District Court
West Palm Beach, FL

### TRANSFER OF JURISDICTION

Please find attached Probation Form 22, Transfer of Jurisdiction, signed in Part One on December 17, 1999, by The Honorable William M. Steger, United States District Judge, Eastern District of Texas, and signed in Part Two on January 13, 2000, by The Honorable Daniel T.K. Hurley, United States District Judge, Southern District of Florida.

The Clerk of the Court for the Eastern District of Texas has been instructed to forward his complete file to you.

RNM/crm

Attachment