# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tuomi, Dana E.     Case Number: 00-8010-T/P-HURLEY

Name of Sentencing Judicial Officer: The Honorable Robert M. Parker, Chief United States District Judge, Eastern District of Texas

Date of Original Sentence: April 21, 1993

Original Offense:  Unlawful possession of a firearm by a felon, 18 USC 922(g)(1) and 18 USC 924(a)(2)

Original Sentence:  Eighty-four (84) months imprisonment, three (3) years supervised release, and $50 special assessment

Type of Supervision: Supervised release.     Date Supervision Commenced: February 2, 1999.

| | |
|---|---|
| Assistant U.S. Attorney:<br>Richard Moore<br>110 N. College Suite 700<br>Tyler, Texas 75702 | Defense Attorney:<br>Bruce C. Abraham<br>501 Henley Perry<br>Marshall, Texas 75670 |

## PETITIONING THE COURT

[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On March 22, 2000, the supervised releasee was arrested by City of Jupiter Police and charged with aggravated assault, carrying a concealed weapon and resisting arrest without violence. In violation of Florida Statutes 784.021, 790.01, and 843.02, respectively. |

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 32250

U.S. Probation Officer Recommendation:

[ ]     The term of supervision should be  
[ ]     revoked.  
[ ]     extended for _ years, for a total term of _ years.

[X]     The conditions of supervision should be modified as follows:

The defendant shall participate in a Home Detention Electronic Monitoring Program for 120 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $4.30 each day.

Respectfully submitted,

by *[signature]*  
Omar Borges  
U.S. Probation Officer  
Date: May 10, 2000

THE COURT ORDERS:

[ ]     No Action  
[X]     The Issuance of a Warrant  
[ ]     The Issuance of a Summons  
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*  
Daniel T.K. Hurley  
United States District Judge

May 15, 2000  
Date