# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 5/30/00    TIME: 10:00 AM

DEFT. DANA E. TUOMI (X)(B)    CASE NO. 00-8010-T/P-HURLEY

AUSA. ~~ROLANDO GARCIA~~ Stephen Coulton    ATTY. Peter Birch, AFPD.

AGENT. OMAR BORGES, USPO    VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING INITIAL    BOND.

DISPOSITION Defendant advised of rights. Federal Public Defender appointed. Bond set @ $25,000 PSB. Submit to drug screening. Electronic monitoring for 24 hours except to go and come back from work. Cost of electronic monitoring waived.

DATE: 5/30/94    TAPE: LRJ-00- 38-2294