# United States District Court
## Southern District of Florida

United States of America     Case# CO-8010-TP-HURLEY
Vs

TUOMI JYRKI                  Prisoner # 03035-017

*********************************************************

To Clerk's Office, United States District Court: (Circle One)

MIAMI    FT. LAUDERDALE    WEST PALM BEACH    FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*********************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  5/27/00 @ C.
2) LANGUAGE(S) SPOKEN  ENGLISH
3) OFFENSE(S) CHARGED  SUPERVISED RELEASE VIOLATION
4) U.S. CITIZEN  [✓] YES     [ ] NO     [ ] UNKNOWN
5) DATE OF BIRTH  3/24/72
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT (SUPERVISED RELEASE VIOLATION)
   [ ] PAROLE VIOLATION WARRANT

CASE # _____
ORIGINATING DISTRICT  E/TX
COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO
7) AMOUNT OF BOND  25,000 P   WHO SET BOND  MAG. JOHNSON
8) ARRESTING AGENT  AUSTIN DRUM C'HERD  DATE  5/27/00
9) AGENCY  USMS              PHONE (561)655-1827
10) REMARKS _____